UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RAYMOND D. RINGGOLD,
ON BEHALF OF HIMSELF AND ALL OTHERS          Civil Docket No.:
SIMILARLY SITUATED,                                           2:17-cv-04464

                           Plaintiff,
    -against-                                                          **NOTICE OF REMOVAL**


CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION SERVICES,

                           Defendant.
---------------------------------------------------------------x

TO: CLERK - UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1331, Defendant Credit Control Services, Inc. ("CCS"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as *Raymond D. Ringgold v. Credit Control Services*, Index No. 604545/2017, as filed in the Supreme Court of the State of New York, County of Suffolk ("the Action"), to the United States District Court for the Eastern District of New York, based upon the following:

1. On or about March 12, 2017, Plaintiff filed the Action in the Supreme Court of the State of New York, County of Suffolk. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff served notice of the Action on CCS on July 7, 2017.

1

3. CCS first received notice of the Action on or about July 7, 2017, when it received Plaintiff's Summons with Notice.

4. Based on the foregoing, CCS has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. *See* 28 U.S.C. § 1446(b).

5. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that Plaintiff has alleged that CCS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, thereby asserting claims that arise under federal law.

6. In that Plaintiff alleges that he resides within Suffolk County, New York, the United States District Court for the Eastern District of New York should be assigned the Action pursuant to 28 U.S.C. 1391(b) (2).

7. Pursuant to 28 U.S.C. § 1446(d), CCS will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of New York, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Supreme Court of the State of New York, County of Suffolk.

**WHEREFORE**, CCS notifies this Court that the Action is removed from the Civil Court of the City of New York, County of Suffolk to the United States District Court for the Eastern District of New York pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446.

Dated: New York, New York
July 28, 2017

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

_____
Matthew B. Johnson (MJ 1662)
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York 10005
Tel: 212.376.6433
MBJohnson@mdwcg.com
*Attorneys for Defendant*
*Credit Control Services, Inc.*